**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In the matter of: | **Case No.:** 07-31074-dof |
| Robert Lee Burbank<br>Julie White Burbank | **Chapter 13 Proceedings** |
| | **Judge Daniel Opperman** |
| Debtor(s).<br>_____/ | |

**NOTICE OF UNCLAIMED DIVIDENDS**

**TO: CLERK OF THE COURT**

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Marsha Ladiski | 25 | 90 | Unsecured | 725658 | $3.30 |

Dated: December 22, 2010

　　　　　　　　　　　　　　　　　　　　___/s/Carl L. Bekofske___
　　　　　　　　　　　　　　　　　　　　Carl L. Bekofske,
　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　400 N. Saginaw St., Ste 331
　　　　　　　　　　　　　　　　　　　　Flint, MI 48502
　　　　　　　　　　　　　　　　　　　　Telephone: (810) 238-4675
　　　　　　　　　　　　　　　　　　　　Fax: (810) 238-4712
　　　　　　　　　　　　　　　　　　　　Email: ECF@flint13.com
　　　　　　　　　　　　　　　　　　　　P10645